UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ROBERT DOYLE,
Individually and on behalf of all
others similarly situated

    Plaintiff,
vs.

SUNSHINE HEALTH, LLC,
a Florida Limited Liability Company

    Defendant.
_____/

Case No.:
L.T. Case No.: 2021-018696-CA-01

## SUNSHINE STATE HEALTH PLAN, INC.'S NOTICE OF REMOVAL

Sunshine State Health Plan, Inc.[1], hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division. Removal is based on federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441. Federal question jurisdiction arises under the Telephone Consumer Protection Act, 47 U.S.C § 227, *et. seq.* ("TCPA"). Removal is authorized by 28 U.S.C. §§1441 and 1446.

### THE STATE COURT ACTION

1. Plaintiff Robert Doyle, on behalf of himself and all others similarly situated ("Plaintiff") sued Sunshine Health, LLC on or about August 6, 2021 in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. This action is identified in the

---

[1] Sunshine State Health Plan, Inc. is not named as a defendant in this case, and is not described in the complaint. Nor is Sunshine State Health Plan, Inc. affiliated with the named defendant, Sunshine Health, LLC, which is a separate entity. But Plaintiff served a summons (addressed to defendant Sunshine Health, LLC) and complaint on Sunshine State Health Plan, Inc., so it removes this case out of an abundance of caution to avoid waiver.

Circuit Court of Miami-Dade County as *Robert Doyle v. Sunshine Health, LLC*, Case No. 2021-018696 (the "State Court Action"). Attached hereto as **Composite Exhibit 1** is a true and correct copy of the state court filings with which Sunshine State Health Plan, Inc. has been served, which consists of a: (1) summons; (2) complaint; and (3) agreed order on Sunshine State Health Plan Inc.'s motion for extension of time to respond to amended complaint.

2. Sunshine State Health Plan, Inc. was first served with the summons and complaint on December 6, 2021.

3. The State Court entered an agreed order on December 27, 2021 extending the deadline to respond to the complaint through January 26, 2022. (Ex. 1, pp. 12-13).

4. There is only one defendant in the State Court Action. (Ex. 1, p. 2). Therefore, no other defendants are required to consent to this Notice of Removal.

5. Plaintiff's putative class-action complaint alleges a violation of the Telephone Consumer Protection Act, 47 U.S.C § 227, *et. seq.* ("TCPA").

## BASIS FOR REMOVAL

**I.   Removal is proper pursuant to federal question jurisdiction.**

6. This Court's subject matter jurisdiction and the basis for removal is founded upon federal question jurisdiction. *See* 28 U.S.C. § 1331. Section 1331 states "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  Here, Plaintiff's complaint gives rise to federal jurisdiction through allegations that the defendant allegedly violated the TCPA. *See* Compl. ¶ 1. Therefore, removal is appropriate given that Plaintiff's TCPA claim arises under the laws of the United States. *See* 28 U.S.C. § 1331. It is undisputed that Plaintiff's claim is based on federal law and this Court should accept jurisdiction over the case.

7. Claims arising under the TCPA support removal under federal-question jurisdiction. *Mims v. Arrow Fin. Services, LLC,* 565 U.S. 368, 387 (2012).

### II. Sunshine State Health Plan, Inc. has complied with the procedural requirements for removal.

8. Venue is proper under 28 U.S.C. §§ 1441(a) and 1446(a) because the Southern District of Florida, Miami Division, embraces the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, where the State Court Action was originally commenced.

9. This notice has been filed within 30 days of the date Sunshine State Health Plan, Inc. received a copy of the operative complaint, through service of process or otherwise. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

10. Sunshine State Health Plan, Inc. will promptly provide written notice of the filing of this notice as required by 28 U.S.C. § 1446(d). A copy of this notice will be filed with the Clerk of the Circuit Court of Miami-Dade County as required by 28 U.S.C. § 1446(d) and served on Plaintiff's counsel.

11. Under 28 U.S.C. §1446(a), the following constitute all the process, pleadings, and orders received by Sunshine State Health Plan, Inc. in the State Court Action: (1) summons; (2) complaint; and (3) agreed order on Sunshine State Health Plan, Inc.'s motion for extension of time to respond to complaint. (*See* Ex. 1).

12. If any questions arise as to the adequacy or propriety of the removal of this action, Sunshine State Health Plan, Inc. requests the opportunity to supplement this notice with evidence and/or to brief any disputed issues and present oral argument in support of this removal.

13. Sunshine State Health Plan, Inc. reserves all objections it may have to service, personal jurisdiction, or any other defenses or objections it may have to the Complaint or State Court Action.

14. Sunshine State Health Plan, Inc. intends no admission of fact, law, or liability by this notice.

For these reasons, Sunshine State Health Plan, Inc. removes this case from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division.

Dated:  January 5, 2022

**LOCKE LORD LLP**
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, Florida 33401
Tel.:   (561) 833-7700
Fax:    (561) 655-8719

By: */s/ Steven J. Brotman*
    Steven J. Brotman
    Florida Bar No. 85750
    steven.brotman@lockelord.com

*Counsel for Sunshine State Health Plan, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court via the Florida Courts E-Filing Portal, which will serve a notice of electronic filing via email to:

| | |
|---|---|
| Seth M. Lerman, Esq.<br>Edwards Pottinger LLC<br>425 North Andrews Avenue, Ste. 2<br>Fort Lauderdale, FL 33301<br>seth@epllc.com<br><br>*Counsel for Plaintiff Robert Doyle* | Joshua H. Eggnatz, Esq.<br>Michael J. Pascucci, Esq.<br>Eggnatz \| Pascucci<br>7450 Griffin Road, Ste. 230<br>Davie, FL  33314<br>jeggnatz@justiceearned.com<br>mpascucci@justiceearned.com<br><br>*Counsel for Plaintiff Robert Doyle* |

　　　　　　　　　　　　　　　　　　　　　　*/s/ Steven J. Brotman*
　　　　　　　　　　　　　　　　　　　　　　Steven J. Brotman

101423782