**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:22-cv-20054-DPG**

ROBERT DOYLE, individually
and on behalf of all others similarly situated,    **CLASS ACTION**

    *Plaintiff*,

vs.

SUNSHINE STATE HEALTH PLAN, INC.,    **JURY TRIAL DEMANDED**

    *Defendant*.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE THAT Plaintiff and Defendant have reached an agreement in principle and are preparing a settlement agreement that is intended to resolve this dispute. The parties anticipate having the settlement agreement fully completed within 20 days and will notify the Court when the settlement has been completed, at which time, the parties will file a joint stipulation of dismissal of this action.

Dated: March 4, 2022    Respectfully submitted,

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq. (FBN 0067926)
E-mail: JEggnatz@JusticeEarned.com
Michael J. Pascucci, Esq. (FBN 0083397)
E-mail: Mpascucci@JusticeEarned.com
**EGGNATZ | PASCUCCI**
7450 Griffin Road, Suite 230
Davie, FL 33314
Telephone: 954-889-3359
Facsimile: 954-889-5913

Seth M. Lehrman (FBN 132896)
E-mail: seth@epllc.com
**EDWARDS POTTINGER LLC**

425 North Andrews Avenue, Suite 2  
Fort Lauderdale, FL 33301  
Telephone: 954-524-2820  
Facsimile: 954-524-2822  

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 4th day of March 2022, and that a notice of the electronic filing will be transmitted to counsel of record.

*/s/ Joshua H. Eggnatz*  
Joshua H. Eggnatz

## SERVICE LIST

Steven J. Brotman  
Florida Bar No. 85750  
steven.brotman@lockelord.com  
irene.rabba@lockelord.com  
chicagodocket@lockelord.com  
**LOCKE LORD LLP**  
777 South Flagler Drive  
Suite 215 East Tower  
West Palm Beach, Florida 33401  
Tel.: (561) 833-7700  
Fax: (561) 655-8719

*Counsel for Sunshine State Health Plan, Inc.*