UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:22-cv-20054-DPG

ROBERT DOYLE, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

SUNSHINE STATE HEALTH PLAN, INC.

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by and between Plaintiff, in his individual capacity and solely on his own behalf, and Defendant, that Plaintiff's individual claims are hereby dismissed with prejudice, and without prejudice to claims of the putative class. The parties further stipulate that the Court shall retain jurisdiction to enforce the terms of the parties' settlement.

Dated: April 6, 2022

Respectfully submitted,

**EGGNATZ | PASCUCCI**
7450 Griffin Road, Suite 230
Davie, Florida 33314
Tel: (954) 889-3359
*Counsel for Plaintiff*

By: */s/ Joshua H. Eggnatz*
JOSHUA H. EGGNATZ, ESQUIRE
Florida Bar No. 0067926
MICHAEL PASCUCCI, ESQUIRE
Florida Bar No. 83397
*jeggnatz@justiceearned.com*
*mpascucci@justiceearned.com*

**EDWARDS POTTINGER**
425 N. Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Tel: (954) 524-2820
*Counsel for Plaintiff*

By: */s/ Seth M. Lehrman*
SETH LEHRMAN, ESQUIRE
Florida Bar No. 132896
*Seth@Epllc.com*

**LOCKE LORD LLP**
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, Florida 33401
Tel.: (561) 833-7700
Fax: (561) 655-8719
*Counsel for Sunshine State Health Plan, Inc*

By: */s/Steven J. Brotman*
STEVEN J. BROTMAN, ESQUIRE
Florida Bar No. 85750
*steven.brotman@lockelord.com*
*irene.rabba@lockelord.com*
*chicagodocket@lockelord.com*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 6th day of April 2022, and that a notice of the electronic filing will be transmitted to all counsel of record.

By: */s/ Joshua Eggnatz*
JOSHUA EGGNATZ, ESQUIRE
Florida Bar No. 0067926